ORDERED.

**Dated: February 20, 2018**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 17-06868-CCJ
CHAPTER 7 CASE

IN RE:
EDWARD JOSE DIAZ FELIZ
Debtor(s).
_____/

### AGREED ORDER GRANTING AMENDED MOTION FOR RELIEF FROM STAY PROPERTY IS BEING SURRENDERED WITH NO FORECLOSURE SALE TO TAKE PLACE PRIOR TO JUNE 17, 2018
(D.E.14)

THIS CASE came before the Court upon the Motion for Relief from Stay filed by SELECT PORTFOLIO SERVICING INC., AS LOAN SERVICER FOR WELLS FARGO BANK, NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS MORTGAGE FUNDING, TRUST 2007-AR2, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR2 (Document No. 14 ). The Trustee and Counsel for the secured creditor have reached an agreement and with no one having filed any opposition, it is

**ORDERED:**

1.  The Motion (D.E. # 14) is granted.

2.  The automatic stay arising by reason of 11 U.S.C. §362 is terminated as to Movant's interest in the following property:

17-01708

**LOT 48, ISLES OF BELLALAGO, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 17, PAGES 191-195, OF THE PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA**

**A/K/A: 4039 NAVIGATOR WAY, KISSIMMEE, FL 34746**

3. The automatic stay is modified for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further in rem relief as is just, and that Movant shall not obtain *in personam* relief against the Debtor.

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is Granted.

5. The Foreclosure Sale shall not take place prior to June 17, 2018.

###

PREPARED BY: CHOICE LEGAL GROUP, P.A.
ATTN: SCOTT R. WEISS
P.O. BOX 9908
FORT LAUDERDALE, FLORIDA 33310-0908

Scott R. Weiss, Esq., is directed to serve a copy of this order on interested parties and file a proof of service within 2 days of entry of the order

17-01708